UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nida Escobar Agsaoay,<br><br>                              Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>                              Defendant. | Case No.: 15-CV-2728-GPC-NLS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)** |

Before the Court is Plaintiff's Motion for Leave to Proceed in Forma Pauperis. (ECF No. 2).

## BACKGROUND

On December 04, 2015, Plaintiff Nida Escobar Agsaoay's, with counsel, initiated this action by filing a Complaint seeking review of the Social Security Commissioner's decision. (ECF No. 1). On that same day, Plaintiff filed the Motion for Leave to Proceed In Forma Pauperis. (ECF No. 2).

## DISCUSSION

Any party instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed in forma pauperis pursuant

to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

In her declaration accompanying the Motion to Proceed in Forma Pauperis, Plaintiff states that she is unemployed, she receives $151 per month in food stamps, and her husband receives Navy retirement benefit (DFAS) of $1133.87 a month. Plaintiff maintains a checking account with a current balance of $25.00 and a joint savings account with her husband with a current balance of $34.00. She owns a Ford Explorer (1996) and does not have any other significant assets such as real estate, stocks, bonds, or securities. Plaintiff takes care of her son and also owes $3568.10 in debt. (ECF No. 2 at 2–3).

The Court has reviewed Plaintiff's declaration of assets and finds it is sufficient to show that Plaintiff is unable to pay the fees or post securities required to maintain this action.

**CONCLUSION**

Plaintiff's Motion for Leave to Proceed in Forma Pauperis is **GRANTED**. (ECF No. 2).

**IT IS SO ORDERED.**

Dated: February 8, 2016

Hon. Gonzalo P. Curiel
United States District Judge